# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. CR 3-90-004(01) |
| DELEMOS, Jesus Manuel | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named completed his sentence of imprisonment for this Court's case on January 15, 2007. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the term of supervised release ordered in this case, be terminated at this time.

Dated this 24th day of January, 2012

_____
The Honorable Walter Herbert Rice
United States District Judge